18 So.2d 116

### Lawyer FLOYD v. STATE.
4 Div. 794.

Court of Appeals of Alabama.
Feb. 22, 1944.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

20 So.2d 893

### Milton FOMBY v. STATE.
5 Div. 220.

Court of Appeals of Alabama.
Jan. 23, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

20 So.2d 893

### Robert Henry FOMBY v. STATE.
5 Div. 219.

Court of Appeals of Alabama.
Jan. 23, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

18 So.2d 116

### Leon FRANKLIN v. STATE.
I Div. 469.

Court of Appeals of Alabama.
April 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

18 So.2d 880

### Walter FRANKLIN v. STATE.
I Div. 490.

Court of Appeals of Alabama.
May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

19 So.2d 852

### FRASER NURSERIES, Inc., v. O. M. PRICE.
6 Div. 152.

Court of Appeals of Alabama.
Aug. 10, 1944.

Harsh & Hare, of Birmingham, for appellant.
Hugh Barber, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.